# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALVON SHONEER SURRELL, SR.,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 83018

FILED

JUN 25 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order "denying petitioner's extraordinary writ of habeas corpus." Second Judicial District Court, Washoe County; David A. Hardy, Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, no decision had been made on the petition when appellant filed the notice of appeal on June 1, 2021. Rather, on June 4, 2021, the district court entered an order directing the state to file a response to the petition. Thus, the notice of appeal is premature. *See* NRS 177.015(3) (stating that a defendant only may appeal from a final judgment or verdict). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

SUPREME COURT
OF
NEVADA

(O) 1947A

21-18343

cc: Hon. David A. Hardy, District Judge
Alvon Shoneer Surrell, Sr.
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk